# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAMEAN WILLIAMS, | : | Case No. 3:12-cv-55 |
| Plaintiff, | | District Judge Walter H. Rice |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #10) IN ITS ENTIRETY; DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE; TERMINATION ENTRY**

---

The Court has reviewed the July 30, 2012 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, the Court adopts the aforesaid Report and Recommendation in its entirety.

Plaintiff's complaint is dismissed with prejudice. If Plaintiff appeals this decision to the Sixth Circuit Court of Appeals, she is denied leave to proceed *in forma pauperis*.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 21, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT